# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RODNEY JOSEPH HAAG**
**ADC # 141760**                                                                             **PLAINTIFF**

**V.**                     **CASE NO. 1:11CV00058 SWW**

**SANDRY TRUAX,** *et al.*                                                        **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Rodney Josheph Haag's claims are DISMISSED WITH PREJUDICE. The Court certifies that this dismissal constitutes a strike under 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 25th day of July 2011.

                                                       /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE